**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

In re:

APRIL L. CHAPMAN,                                           Case No. 11-70370-FJS
                                                            Chapter 7
          Debtor.

## NOTICE OF TRUSTEE'S INTENT TO SELL

      PLEASE TAKE NOTICE THAT Charles L. Marcus, trustee for the estate of April L. Chapman ("Trustee"), intends to sell the estate's interest in certain property of the Debtor consisting of the non-exempt equity in a 2006 Ford Expedition (the "Property") to the Debtor. The Property has a value to the estate, taking into consideration the trade-in value as determined by the Trustee and the valid lien on the Property of approximately $845.00.

      **Your rights may be affected.  You should read the Notice carefully and discuss it with your attorney.  (If you do not have an attorney, you may wish to consult one.)**

      The Debtor has offered the Trustee the sum of $845.00 for the Property, which has already been received by the Trustee and is currently on deposit in the estate bank account maintained by the Trustee.

      Pursuant to Federal Rule of Bankruptcy Proceeding 6004(d), the sale of the Property as described above shall be final without further proceeding or order of the Court unless an objection is filed within **fourteen (14) days** of the date of this Notice.  Any objections to the sale must be filed with the Clerk's Office for the United States Bankruptcy Court, Eastern District of Virginia, Room 400, Walter B. Hoffman Courthouse, 600 Granby Street, Norfolk, VA  23510, with a copy to Charles L. Marcus, Trustee, 580 East Main Street, Suite 300, Norfolk, VA  23510.

Date:  October 31, 2011                                  /s/ Charles L. Marcus
                                                                     Charles L. Marcus, Trustee

Charles L. Marcus, Trustee
580 East Main Street, Suite 300
Norfolk, VA  23510
(757) 622-9005

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Notice was sent by first class, postage prepaid mail, on October 31, 2011 to those parties on the Mailing Matrix attached to the original filed with the court.

                                                                /s/ Charles L. Marcus
                                                                Charles L. Marcus, Trustee